IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| **MANHATTAN DELI & GROCERY, INC.** a New York Corporation, **HOSSAM MAHMOOD DIRHAM ALI**, an Individual, and **TAHER ALI MOSLEH**, an Individual, Plaintiffs, v. **UNITED STATES OF AMERICA**, Defendant. | ) CASE NO. 1:20-cv-1088 (GTS/CFH) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION FOR DISMISSAL OF ACTION
AND [PROPOSED] ORDER**

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiffs, Manhattan Deli & Grocery, Inc., a New York Corporation, Hossam Mahmood Dirham Ali, an Individual, and Taher Ali Mosleh, an Individual, and Defendant, United States of America, hereby stipulate that all claims against the United States as alleged in the Complaint be dismissed with prejudice. All parties to bear their/its own attorney's fees and costs.

Respectfully submitted,

Dated: September  7 , 2021         METROPOLITAN LAW GROUP, PLLC

/s/ Andrew Z. Tapp
Andrew Z. Tapp, Esq.
Florida Bar No.: 68002
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
(813) 228-0658
Andrew@Metropolitan.Legal
LaJeana@Metropolitan.Legal

1

                                                **COUNSEL FOR PLAINTIFFS**

                                                ANTOINETTE T. BACON
                                                Acting United States Attorney for the
                                                Northern District of New York

Dated: September 7, 2021        By: *John D. Hoggan, Jr.*
                                                John D. Hoggan, Jr., Esq.
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                Northern District of New York
                                                James T. Foley U.S. Courthouse
                                                445 Broadway, Room 218
                                                Albany, New York 12207
                                                518-431-0247
                                                John.Hoggan@usdoj.gov

                                                **COUNSEL FOR DEFENDANT**

## ORDER

The above stipulation is APPROVED, and all claims by Plaintiffs against the United States as alleged in the Complaint are hereby DISMISSED, all parties to bear their/its own fees and costs.

**IT IS SO ORDERED** this 8th day of September, 2021.


                                          Hon. Glenn T. Suddaby
                                          Chief U.S. District Judge